IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:19-MC-3900-WKW |
| ) | [WO] |
| GLENN EDWARD NUTT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MORGAN STANLEY, ) | |
| ) | |
| Garnishee. ) | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:19-MC-3903-WKW |
| ) | [WO] |
| GLENN EDWARD NUTT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Garnishee. ) | |

## **ORDER**

On August 27, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 17.)  Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 17) is ADOPTED;

(2) The Order consolidating these cases is VACATED (Doc. # 16 in the lead case, and Doc. # 15 in the member case); and

(3) Defendant's motion for joinder/consolidation (Doc. # 8 in the companion case) is DENIED as moot.

The Clerk of the Court is DIRECTED to file a copy of this Order and the Recommendation in *United States. v. Nutt*, 2:19-MC-3903-WKW (M.D. Ala. 2019).

DONE this 28th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE