IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:19-MC-3900-WKW |
| | ) [WO] |
| GLENN EDWARD NUTT, | ) |
| Defendant, | ) |
| MORGAN STANLEY, | ) |
| Garnishee. | ) |

## **ORDER**

Pursuant to the Recommendation of the Magistrate Judge (Doc. # 17), which has been adopted by the court (Doc. # 18), it is ORDERED that Defendant's motion to dissolve (Doc. # 6) and motion for hearing (Doc. # 11) are DENIED.

DONE this 28th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE